UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON PATTERSON | CIVIL ACTION |
| VERSUS | NO. 06-7322 |
| ORLEANS PARISH D.A. OFFICE ET AL. | SECTION "B" (2) |

### ORDER ON MOTIONS

Plaintiff's Motion for Discovery and Motion for Continuance and Discovery, Record Doc. Nos. 44 and 45, are hereby DENIED WITHOUT PREJUDICE AS PREMATURE insofar as plaintiff seeks copies of documents. Plaintiff is advised that such discovery is premature and prohibited at this time, Schultea v. Wood, 47 F.3d 1427 (5th Cir. 1995), as the court completes the screening process required for such cases. 28 U.S.C. § 1915A. Plaintiff's Motion for Continuance and Discovery, Record Doc. No. 45, is also DENIED insofar as it requests that defendant's Motion for Judgment on the Pleadings Pursuant to Rule 12(c), Record Doc. No. 39, be continued until the requested documents can be obtained. No documents are necessary to the determination of a motion on the pleadings.

New Orleans, Louisiana, this __10th__ day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE